999 A.2d 589

**Andre BULLARD, Appellant**

v.

**BUREAU OF UNEMPLOYMENT AND ALLOWANCES, Appellee.**

Supreme Court of Pennsylvania.

Aug. 17, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of August, 2010, the Order of the Commonwealth Court is hereby **AFFIRMED.**